UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES SAMUEL RODRIGUEZ-ESTRADA, )<br>)<br>Defendant. )<br>_____ ) | Case No. 07-MJ-569<br><br>DETENTION ORDER |

Offense charged:

    Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

Date of Detention Hearing: December 11, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is a citizen of Guatemala.

    (2)    An immigration detainer has been placed on defendant by the United States Immigration and Customs Enforcement.

    (3)    Defendant has stipulated to detention, due to the immigration detainer lodged against him, but reserves the right to contest his continued detention if there is a change in circumstances.

01      (4)     There appear to be no conditions or combination of conditions other than detention
02 that will reasonably assure the defendant's appearance at future Court hearings.

03      IT IS THEREFORE ORDERED:

04      (1)     Defendant shall be detained pending trial and committed to the custody of the
05              Attorney General for confinement in a correctional facility separate, to the extent
06              practicable, from persons awaiting or serving sentences or being held in custody
07              pending appeal;

08      (2)     Defendant shall be afforded reasonable opportunity for private consultation with
09              counsel;

10      (3)     On order of a court of the United States or on request of an attorney for the
11              government, the person in charge of the corrections facility in which defendant is
12              confined shall deliver the defendant to a United States Marshal for the purpose of
13              an appearance in connection with a court proceeding; and

14      (4)     The Clerk shall direct copies of this Order to counsel for the United States, to
15              counsel for the defendant, to the United States Marshal, and to the United States
16              Pretrial Services Officer.

17      DATED this 11th day of December, 2007.

                                        *James P. Donohue* (signature)
                                        _____
                                        JAMES P. DONOHUE
                                        United States Magistrate Judge

DETENTION ORDER                                                                 15.13
18 U.S.C. § 3142(i)                                                             Rev. 1/91
PAGE 2